# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

STEPHEN CHAVAULIER HENRY,

      Plaintiff,

v.                                                           Case No. 5:17cv273/MCR/MJF

ROWE, et al.,

      Defendants.

_____/

## <u>ORDER</u>

This matter is before the Court on the Magistrate Judge's Report and Recommendation dated February 25, 2019. *See* ECF No. 48. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. On *de novo* review, the Court finds that the Report and Recommendation should be adopted insofar as it dismisses Plaintiff's claims for his failure to exhaust administrative remedies. In light of this disposition, it is unnecessary for the Court to consider the other bases for the recommendation.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 48, is **ADOPTED IN PART** and incorporated by reference in this Order, insofar as it dismisses Plaintiff's claims for his failure to exhaust administrative remedies.

2.   The motion to dismiss filed by Defendants Nurse Burdick and Nurse Cooper, ECF No. 30, is **GRANTED**.

3.   The motion to dismiss filed by Defendants Assistant Warden May, Major Mayo, Supervisor Baker, and Lieutenant Loper, ECF No. 39, is **GRANTED**.

4.   Plaintiff's complaint as to Defendants Sergeant Rowe, Johnny Pride, and Dr. Murray Baker is **DISMISSED** *sua sponte* for his failure to exhaust administrative remedies.

5.   The Clerk is directed to close the file for all purposes.

**DONE** and **ORDERED** this 30th day of March, 2019.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 5:17cv273/MCR/MJF